UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERIC WENDELL HOLLOMAN,

    Plaintiff,

v.                                      CASE NO. 3:10-CV-00681-J-34JBT

CATHEDRAL TOWERS
601 N. NEWMAN STREET
JACKSONVILLE, FLORIDA,

    Defendant.
_____/

## REPORT AND RECOMMENDATION[1]

**THIS CAUSE** is before the Court on Plaintiff's Affidavit of Indigency and Application to Proceed *In Forma Pauperis* ("the Application") (Doc. 2) and the Court's Order of August 13, 2010 (Doc. 6). For the reasons set forth herein, it is respectfully recommended that the Application be **DENIED** without prejudice and the case be **DISMISSED** without prejudice.

Plaintiff, Eric Wendell Holloman, filed his Complaint (Doc. 1) in this case against Defendant, Cathedral Towers, and also filed the Application (Doc. 2). In its Order of August 13, 2010 ("the Order"), the Court stated that, upon review of the Complaint, Plaintiff had failed to state a claim upon which relief could be granted. (Doc. 6.) Accordingly, the Court deferred ruling on the Application pending Plaintiff amending his Complaint in accordance with the Order. (*See id.*) The Court ordered Plaintiff to "file an amended complaint in conformance with all applicable rules and statutes on or before September 2, 2010." (*Id.*) The Court instructed Plaintiff, moreover, that failure to comply with the Court's instructions might result in a recommendation to dismiss the case for failure to prosecute.

---

[1] Any party may file and serve specific, written objections hereto within fourteen (14) days after service of this Report and Recommendation. Failure to do so shall bar the party from a *de novo* determination by a district judge of an issue covered herein and from attacking factual findings on appeal. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(a), 6(a) & (e); Local Rules 6.02(a) & 4.20, United States District Court, Middle District of Florida.

(*Id.*)

To date, Plaintiff has failed to comply with the Order. Therefore, the Court will recommend that the Application be denied without prejudice and that this action be dismissed without prejudice.

Accordingly, it is respectfully **RECOMMENDED** that:

1. Plaintiff's Affidavit of Indigency and Application to Proceed *In Forma Pauperis* (**Doc. 2**) be **DENIED WITHOUT PREJUDICE**.

2. The case be **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ENTERED** at Jacksonville, Florida, on September 8, 2010.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:   The Honorable Marcia Morales Howard
United States District Judge

*Pro se* Plaintiff